**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| J.J. | : | No. 844 MAL 2015 |
| | : | |
| v. | : | |
| | : | Petition for Allowance of Appeal from |
| M.C. AND D.T., | : | the Order of the Superior Court |
| | : | |
| Intervenor | : | |
| | : | |
| | : | |
| PETITION OF: M.C. | : | |


| | | |
|---|---|---|
| J.J. | : | No. 845 MAL 2015 |
| | : | |
| v. | : | |
| | : | Petition for Allowance of Appeal from |
| M.C. AND D.T., | : | the Order of the Superior Court |
| | : | |
| Intervenor | : | |
| | : | |
| | : | |
| PETITION OF: D.T., | : | |
| | : | |
| Intervenor | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 20th day of January, 2016, the Petition for Allowance of Appeal is **DENIED**.

   Mr. Justice Eakin did not participate in the consideration or decision of this matter.